**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00452-CR

### EX PARTE THEODORE ROOSEVELT ARTHUR

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-58513-J**

## ORDER

The Court has received appellant's appeal from the trial court's order denying appellant a reduction of his appeal bond or release on personal recognizance. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31. We note that the appeal of appellant's underlying conviction, docketed as cause no. 05-14-00439-CR, *Theodore Roosevelt Arthur v. The State of Texas*, was submitted on April 15, 2015.

The reporter's record from the bond reduction hearings has been filed.

We note that appellant's notice of appeal did not have a copy of the trial court's certification of appellant's right to appeal attached. Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record containing the documents related to appellant's requested bond reduction within **TEN DAYS** of the date of this order.

Appellant's brief is due by **MAY 15, 2015**. The State's brief is due by **MAY 29, 2015**. No extensions will be granted. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **June 5, 2015**, to a panel consisting of Justices Bridges, Lang, and Schenck. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.


/s/     ADA BROWN
        JUSTICE